GERDES et al. v. UNITED STATES. (Circuit Court of Appeals, Sixth Circuit. November 10, 1922.) No. 3761. In Error to the District Court of the United States for the Western Division of the Southern District of Ohio; John W. Peck, Judge. Frank Kunkel, Froome Morris and Howard Ragland, all of Cincinnati, Ohio, for plaintiffs in error. Thos. H. Morrow, U. S. Atty., of Cincinnati, Ohio.

PER CURIAM. Dismissed, pursuant to stipulation of counsel.

---

GILLIGAN, former Collector of Internal Revenue for First District of Ohio, v. PARK. (Circuit Court of Appeals, Sixth Circuit. April 14, 1922.) No. 3679. In Error to the District Court of the United States for the Western Division of the Southern District of Ohio; John W. Peck, Judge. James R. Clark and R. T. Dickerson, both of Cincinnati, Ohio, for plaintiff in error. Matthews & Matthews, of Cincinnati, Ohio, for defendant in error.

PER CURIAM. Dismissed, pursuant to stipulation of counsel. See, also, 284 Fed. 1017.

---

GILLIGAN, former Collector of Internal Revenue for First District of Ohio, v. PARK. (Circuit Court of Appeals, Sixth Circuit. April 14, 1922.) No. 3680. In Error to the District Court of the United States for the Western Division of the Southern District of Ohio; John W. Peck, Judge. James R. Clark and R. T. Dickerson, both of Cincinnati, Ohio, for plaintiff in error. Matthews & Matthews, of Cincinnati, Ohio, for defendant in error.

PER CURIAM. Dismissed, pursuant to stipulation of counsel. See, also, 284 Fed. 1017.

---

GLIDDEN CO. v. MINERAL REFINING & CHEMICAL CORPORATION. (Circuit Court of Appeals, Eighth Circuit. May 1, 1922.) No. 6019. In Error to the District Court of the United States for the Eastern District of Missouri. W. C. Boyle, T. M. Kirby, and H. J. Crawford, all of Cleveland, Ohio, and E. C. Eliot and J. M. Blayney, Jr., both of St. Louis, Mo., for plaintiff in error. Charles A. Houts and Thomas J. Cole, both of St. Louis, Mo., for defendant in error.

PER CURIAM. Writ of error dismissed, at costs of plaintiff in error, but without taxation of attorney fee, per stipulation of parties.

---

GRAHAM et al. v. DU PONT. (Circuit Court of Appeals, Third Circuit. January 3, 1923.) No. 2920. Appeal from the District Court of the United States for the District of Delaware; J. Whitaker Thompson, Judge. Suit in equity by Alfred I. Du Pont against Harry T. Graham, individually and as United States Collector of Internal Revenue for the District of Delaware, and another. From a decree granting a preliminary injunction (283 Fed. 300), defendants appeal. Affirmed. James H. Hughes, Jr., of Wilmington, Del. (Chester A. Gwinn and Carl A. Mapes, both of Washington, D. C., of counsel), for appellants. William A. Glasgow, Jr., and Henry P. Brown, both of Philadelphia, Pa., for appellee. Before BUFFINGTON and DAVIS, Circuit Judges, and BODINE, District Judge.

PER CURIAM. In this case the court below granted a preliminary injunction "restraining the defendant from proceeding by distraint or attempting to collect by distraint the taxes claimed, without, however, including therein restraint against collection by suit." Such action by the court was based on reasons stated by it in an opinion printed in 283 Fed. 300. In declining, as